RANDY L. ROYAL
CHAPTER 7 TRUSTEE
524 5TH AVE. SOUTH
P.O. BOX 551
GREYBULL, WY 82426
PHONE: (307) 765-4433
FAX: (307) 765-9563

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2010 JAN 20 PM 2:18

TIM J. ELLIS, CLERK

BY_____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In Re: )
   LEMAY, RICHARD KEITH )
   LEMAY, JERI ZIRBEL ) Case No. 08-20818 PJM
)
)
   Debtor(s) )

## TRANSMITTAL OF UNCLAIMED FUNDS

I, RANDY L. ROYAL, Trustee of the above-estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case and I have stopped payment on all checks remaining unpaid.

2. That the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| RICHARD & JERI LEMAY | C/O STEPHEN R. WINSHIP, ESQ.<br>P.O. BOX 548<br>CASPER, WY 82602 | $160.00 |

3. That the Trustee's check for $160.00 payable to the U.S. Bankruptcy Clerk, is attached to this report and list.

DATED this 24 day of December, 2009.

RANDY L. ROYAL, Trustee in Bankruptcy